JS-6

JEAN C. WILCOX, ESQ.  (SBN 097963)
Email address: jeanw@hhlawgroup.com
CLAUDIA MOURAD, ESQ. (SBN 211139)
Email address:  claudiam@hhlawgroup.com
LORI C. HERSHORIN, ESQ. (SBN 155977)
Email address: lorih@hhlawgroup.com
HERSHORIN & HENRY, LLP
27422 Portola Parkway, Suite 360
Foothill Ranch, California 92610
Telephone:  (949) 859-5600
Facsimile:   (949) 859-5680

Attorneys for Plaintiff, FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Downey Savings & Loan Association, F.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Downey Savings and Loan Association, F.A., <br><br> Plaintiff, <br><br> vs. <br><br> GREEN VALLEY FINANCIAL CORPORATION, a California corporation; REYNALDO ESGUERRA URBINO aka RAY URBINO, an individual; RUBY CALUNGCAGIN URBINO, an individual; et al., <br><br> Defendants. | CASE NO.:  CV 11-03667 AHM (SHx) <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** <br><br> **[FRCP 41(a)(1)(A)(ii)]** <br><br> Motion Cut-Off:    June 4, 2012 <br> Final Pre-Trial Conf:  July16, 2012 <br> Current Trial Date:  July 31, 2012 |

WHEREAS Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Downey  Savings and Loan Association, F.A., and appearing Defendants

-1-

ORDER DISMISSING ACTION WITH PREJUDICE

GREEN VALLEY FINANCIAL CORPORATION, a California corporation; REYNALDO ESGUERRA URBINO aka RAY URBINO, an individual; and RUBY CALUNGCAGIN URBINO, an individual, have stipulated for the above-captioned action to be dismissed with prejudice;

NOW, THEREFORE, it is hereby ordered that the action is hereby dismissed with prejudice.

DATED: April 13, 2012

_____
A. Howard Matz
United States District Judge